FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 SEP 10 A 10: 49

DISTRICT OF UTAH
MAIL

James "Tucker" Hansen, Bar No. 5711
HANSEN WRIGHT EDDY & HAWS, P.C.
Attorneys for Beehive Credit Union
233 S. Pleasant Grove Blvd., Suite 202
Pleasant Grove, Utah 84062
Telephone: (801) 224-2273
Facsimile: (801) 224-2457

| IN THE UNITED STATES BANKRUPTCY COURT CENTRAL DIVISION, DISTRICT OF UTAH 350 South Main Street, Salt Lake City, Utah 84101 ||
|---|---|
| IN RE: TROY J. FUKUMITSU and DENYSE C. FUKUMITSU, Debtors. | Case No. 10-30851 Judge R. Kimball Mosier Chapter 13 |
| **APPLICATION REQUESTING ENTRY OF ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY BEEHIVE CREDIT UNION** ||

Pursuant to Local Rule 4001-1(c), Beehive Credit Union, a secured creditor of the Debtors through its undersigned counsel, submits the following application ("application") requesting entry of an order on the "Motion for Relief from the Automatic Stay by Beehive Credit Union" (the "Motion") and in support of such request respectfully states as follows:

1. The Motion was filed with the Court on August 16, 2010. The Motion requested relief from the automatic stay with respect to the Debtors and with respect to the Estate as to certain real property known as 1227 North 3020 West, Provo, Utah County, Utah.

2. On August 13, 2010, as reflected on the certificates of service accompanying the Motion and the Notice of Hearing on the Motion, a copy of each of the Motion (including exhibits)



and the Notice of Hearing were served by regular mail on the Debtors, the Debtors' counsel, the Chapter 13 Trustee, the Office of the United States Trustee, and those parties filing a Notice of Appearance.

      3. The Notice of Hearing specifies that the hearing on the Motion was set for September 8, 2010, at 10:00 a.m.

      4. In addition, pursuant to Local Rule 4001-1(a), the Notice of Hearing provides that objections must be filed and served not later than 15 days after service of the Motion.

      5. As of the date of this Application, no objections or responses to the Motion appear on the electronic docket for the Debtors' case, and the undersigned counsel for Beehive Credit Union has not received any objections or responses to the Motion in its offices.

      6. Accordingly, Beehive Credit Union maintains that entry of an Order granting the relief requested in the Motion is appropriate. A proposed form of order is submitted contemporaneously herewith.

      WHEREFORE, Beehive Credit Union respectfully requests that the Court enter an order granting Beehive Credit Union relief from the automatic stay in the form submitted contemporaneously herewith and grant such other and further relief as is just and equitable.

      DATED this _8th_ day of September, 2010.

                          HANSEN WRIGHT EDDY & HAWS, P.C.

                          _/s/ James "Tucker" Hansen_
                          JAMES "TUCKER" HANSEN
                          ATTORNEY FOR MOVANT

      SUBSCRIBED AND SWORN to before me this 8th day of September, 2010.



_Dorothy Woodcox_
NOTARY PUBLIC

## MAILING CERTIFICATE

I hereby certify that I mailed a true and correct copy of the foregoing **APPLICATION REQUESTING ENTRY OF ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY BEEHIVE CREDIT UNION**, postage prepaid by first-class mail, on this ___9th___ day of September, 2010, to the following:

Troy J. Fukumitsu
Denyse C. Fukumitsu
1227 North 3020 West
Provo, Utah 84601

Troy J. Fukumitsu
Denyse C. Fukumitsu
P.O. Box 822
Orem, Utah 84059

Robert S. Payne
Lincoln Law
921 West Center Street
Orem, Utah 84057

Kevin R. Anderson, Trustee
405 South Main Street, Ste 600
Salt Lake City, Utah 84111

United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, Utah 84111

_Dorothy Wooley_
SECRETARY