James "Tucker" Hansen, Bar No. 5711
HANSEN WRIGHT EDDY & HAWS, P.C.
Attorneys for Beehive Credit Union
233 S. Pleasant Grove Blvd., Suite 202
Pleasant Grove, Utah 84062
Telephone: (801) 224-2273
Facsimile: (801) 224-2457

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DIVISION, DISTRICT OF UTAH
350 South Main Street, Salt Lake City, Utah 84101

| IN RE:<br><br>TROY J. FUKUMITSU and<br>DENYSE C. FUKUMITSU,<br><br>Debtors. | Case No. 10-30851<br><br>Judge R. Kimball Mosier<br><br>Chapter 13 |
|---|---|

**ORDER FOR TERMINATION OF THE AUTOMATIC STAY**

The "Motion for Relief from the Automatic Stay by Beehive Credit Union" having come before the Court pursuant to Local Rules 4001-1(c) and 2002-1(b), and no objections or responses to the Motion having been filed, and notice of the Motion having been properly given as reflected on the certificates of service to the Motion and the Notice of Hearing on the Motion, and good cause appearing,

IT IS HEREBY ORDERED, that:

1. The automatic stay under Section 362 of the Bankruptcy Code is terminated with respect to Debtors and with respect to the Estate to permit Beehive Credit Union to proceed with its rights and remedies under state law as they relate to the real property known as 1227 North 3020



West, Provo, Utah County, Utah.

        DATED this _____ day of _____, 2010.

                                BY THE COURT:

                                _____
                                The Honorable William T. Thurman
                                United States Bankruptcy Judge

## CERTIFICATE OF SERVICE BY CLERK OF THE COURT

The undersigned hereby certifies that a true and correct copy of the foregoing **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY BY BEEHIVE CREDIT UNION,** was served by depositing same in the United States first class mail, postage prepaid, this _____ day of _____, 2010, to the following:

Troy J. Fukumitsu
Denyse C. Fukumitsu
1227 North 3020 West
Provo, Utah 84601

Troy J. Fukumitsu
Denyse C. Fukumitsu
P.O. Box 822
Orem, Utah 84059

Robert S. Payne
Lincoln Law
921 West Center Street
Orem, Utah 84057

Kevin R. Anderson, Trustee
405 South Main Street, Ste 600
Salt Lake City, Utah 84111

United States Trustee
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, Utah 84111

James "Tucker" Hansen
Hansen Wright Eddy & Haws, P.C.
233 S. Pleasant Grove Blvd., Suite 202
Pleasant Grove, Utah 84062

_____
SECRETARY